IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

U.S. BANK NATIONAL ASSOCIATION     *

    *

v.     CIVIL NO. CCB-13-403

    *

PHL VARIABLE INSURANCE
COMPANY     *

## ORDER

Confirming my conference call with counsel, and being advised that U.S. Bank has withdrawn its document requests, it is hereby **Ordered** that:

1. PHL's emergency motion to quash and for protective order is **Granted** in part and **Reserved** in part;

2. the deposition of Marvin Hobbs will be rescheduled for a mutually convenient date sufficiently after February 19, 2013 for the parties to obtain guidance from Magistrate Judge Leung on the scope of such deposition; and

3. counsel shall provide to this court a status report by February 15, 2013 confirming the date agreed upon.

Date: February 11, 2013        _____/s/_____
                                                          Catherine C. Blake
                                                          United States District Judge